Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHRISTOPHER PAUL COMMINEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PAUL COMMINEY ) | Case No.: 1:15-cv-00106-SMS |
| ) Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) Defendant. ) | |

Plaintiff Christopher Paul Comminey and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from September 10, 2015 to October 10, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 9, 2015   Respectfully submitted,

LAWRENCE D. ROHLFING

BY: ___/s/ *Denise Bourgeois Haley*___
Denise Bourgeois Haley
Attorney for plaintiff Christopher Paul Comminey

DATE: September 9, 2015

BENJAMIN B. WAGNER
United States Attorney

BY: ___/s/ *Jean M. Turk*___
Jean M. Turk
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

## ORDER

Approved.

IT IS SO ORDERED.

Dated:   **September 14, 2015**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE