Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
CHRISTOPHER PAUL COMMINEY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PAUL COMMINEY ) | Case No.: 1:15-cv-00106-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE OPENING BRIEF |
| ) | And ORDER |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (SECOND REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff Christopher Paul Comminey and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 31 days from October 10, 2015 to November 10, 2015 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

    This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to prepare the motion. Counsel's workload has been such that she has not been able to complete the

-1-

1  motions. Counsel's firm has hired an experienced attorney and workloads are
2  being redistributed.  Counsel fully intends to complete this motion this week;
3  however, as the due date is upon us, counsel has requested this continuance in
4  good faith.

5  DATE: October 13, 2015          Respectfully submitted,

6                                             LAWRENCE D. ROHLFING

7                                       /s/ *Denise Bourgeois Haley*

8                       BY: _____
                             Denise Bourgeois Haley
9                            Attorney for plaintiff Mr. Christopher Paul
                             Comminey
10

11
12  DATE:  October 13, 2015          BENJAMIN B. WAGNER
                                         United States Attorney

13                                      /s/ *Jean M. Turk*

14                     BY:_____
                             Jean M. Turk
15                            Special Assistant United States Attorney
                             Attorneys for defendant Carolyn W. Colvin
16                            |*authorized by e-mail|

17                                            ORDER

18
19      Granted.
20
21
22  IT IS SO ORDERED.

23     Dated:  **October 14, 2015**                  **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE
24
25
26